IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICY OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| United State of America f/u/b/o Metro Mechanical, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Triangle Construction Co., Inc.; and U.S. Specialty Insurance Company<br><br>Defendants. | Civil Action No. 3:17-cv-718-DCB-LRA |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Macy D. Hanson, esq., of the Law Office of Macy D. Hanson, PLLC, enters his appearance as attorney for Defendant, Triangle Construction Co., Inc., in the above-styled and numbered civil action.

DATED: September 29, 2017.

                                    Respectfully submitted,

                                    TRIANGLE CONST. CO., INC.

                                    BY:    s/ Macy D. Hanson
                                                OF COUNSEL

MACY D. HANSON – MS BAR # 104197
macy@macyhanson.com
THE LAW OFFICE OF MACY D. HANSON, PLLC
THE ECHELON CENTER
102 FIRST CHOICE DRIVE
MADISON, MISSISSIPPI 39110
TELEPHONE: (601) 853-9521
FACSIMILE: (601) 853-9327

## **CERTIFCATE OF SERVICE**

I, Macy Hanson, do hereby certify that I have this day electronically filed a true and correct copy of the foregoing through the ECF system, which sent notice to the following:

>Mr. Jason Weeks, Esq.
>Randall, Segrest, Weeks, and Reeves
>jweeks@randallsegrest.com

THIS, the 29th day of September, 2017.

/s/ *Macy D. Hanson*