IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA f/u/b/o                              PLAINTIFF
METRO MECHANICAL, INC.

                                        CIVIL ACTION NO. 3:17-cv-718-DCB-LRA

TRIANGLE CONSTRUCTION CO., INC.
AND U.S. SPECIALTY INSURANCE COMPANY                    DEFENDANTS

### MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW Jason E. Weeks of the firm Randall, Segrest, Weeks, Reeves & Sones, PLLC and moves this Court for leave to withdraw from representation of Plaintiff, United States of America f/u/b/o Metro Mechanical, Inc., and to substitute as counsel Lawrence M. Coco III of and the firm of McCraney, Coco & Lee, PLLC. In support, movant states that the clients have requested and consents to this withdrawal and substitution. By his signature below, Lawrence M. Coco and the law firm of McCraney, Coco & Lee, PLLC hereby enter an appearance on behalf of Plaintiff, United States of America f/u/b/o Metro Mechanical, Inc..

Respectfully submitted this the 4th day of October, 2017.

By: _____

JASON E. WEEKS (MS Bar No. 100097)
Randall, Segrest, Weeks, Reeves & Sones PLLC
992 Northpark Drive – Suite A
Ridgeland, Mississippi  39157
Telephone No. (601) 956-2615
Facsimile No. (601) 956-2642

Lawrence M. Coco III (MS Bar No. 100378)
Jennifer E. Salvo (MS Bar No. 101208)
McCraney, Coco & Lee, PLLC
219 Waterford Square, Suite 1
Madison, MS 39110
Phone: 601.899.0065
Fax:  866.733.2008
Lawrence@mclpllc.com
Jennifer@mclpllc.com


## CERTIFICATE OF SERVICE

This is to certify that I, Lawrence M. Coco, III, have this day submitted a true and correct

copy of the above and foregoing document using the Court's EFC system with a copy to the

following:

Macy D. Hanson
The Law Office of Macy D. Hanson, PLLC
The Echelon Center
102 First Choice Drive
Madison, Mississippi 39110
Telephone: (601) 853-9521
Facsimile: (601) 853-9327
macy@macyhanson.com

This the 4th day of October, 2017.

LAWRENCE M. COCO III